IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-03142-RPM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: February 8, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*                                                          *Counsel:*

LINDA ORRICK,                                              David Michael Larson

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,                Joseph J. Lico

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in Session:      10:07 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION to Strike #7 Answer to Complaint Defendant's Affirmative Defenses (Docket No.10, filed on 1/11/2013) and the defendant's MOTION to Stay Discovery and Vacate Scheduling Conference (Docket No.17, filed on 2/1/2013).

Mr. Larson presents oral argument and engages in discussion with the court regarding the plaintiff's MOTION to Strike #7 Answer to Complaint Defendant's Affirmative Defenses (Docket No.10, filed on 1/11/2013).

Mr. Lico presents oral argument and engages in discussion with the court regarding the plaintiff's MOTION to Strike #7 Answer to Complaint Defendant's Affirmative Defenses (Docket No.10, filed on 1/11/2013).

For reasons as stated on the record,

**ORDERED:**   The court **DENIES** the plaintiff's MOTION to Strike #7 Answer to Complaint Defendant's Affirmative Defenses (Docket No.10, filed on 1/11/2013).

Discussion between the court and the parties regarding the defendant's MOTION to Stay Discovery and Vacate Scheduling Conference (Docket No. 17, filed on 2/1/2013) and possible consolidation of cases (this case with case 11-cv-03133-PAB-KMT).

**ORDERED:**   The court **DENIES IN PART** the defendant's MOTION to Stay Discovery and Vacate Scheduling Conference (Docket No. 17, filed on 2/1/2013). The court shall allow the plaintiff to serve one contention interrogatory with respect to each of the affirmative defenses in this case. The court shall not allow the service of requests for production of documents at this time. The parties shall contact Magistrate Judge Shaffer's chambers (303.844.2117) within 72 hours of serving the answers to the contention interrogatories to discussion whether or not a scheduling conference should be set.

HEARING CONCLUDED.

**Court in recess:**   **10:46 a.m.**
Total time in court:   00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.