IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03142-RPM-CBS

LINDA ORRICK,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC a Kansas corporation,

    Defendant.

---

## JUDGMENT UNDER TO FED. R. CIV. P. 68

---

Pursuant to the offer of judgment served February 26, 2013 and the acceptance thereof filed February 26, 2013, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Linda Orrick and against the Defendant Midland Credit Management, Inc. in the amount of $1,001.00.  In addition, Plaintiff's costs and reasonable attorney's fees are to be added to the Judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.17% from the date of entry of judgment.

Dated at Denver, Colorado, this _____27th_____ day of February 2013.

                              BY THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk