**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date:                          April 16, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 12-cv-03142-RPM

LINDA ORRICK,                                                                         David M. Larson

      Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,                             Joseph J. Lico
                                                                                                      Adam L. Plotkin

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Attorney Fees**

**1:59 p.m.        Court in session.**

Court's preliminary remarks.

Court advises counsel of its concerns with respect to FDCPA, debt collection cases and this district's related case assignment practice.

Court states its understanding of the case.

Mr. Larson explains the history of the case from plaintiff's perspective.

Mr. Larson answers questions asked by the Court regarding case management process, federal and local rules and applicable law.

Mr. Lico explains defendant's case and states defendant's perspective with respect to case management in response to Court's concerns.

Discussion regarding attorney fees.

**2:46 p.m.        Court in recess.**
**2:59 p.m.        Court in session.**

Counsel state no settlement has been reached regarding attorney fees.

Argument by Mr. Larson.

**ORDERED:    Plaintiff's Motion for Attorney Fees is granted in the amount of $4,000.00.**

**3:02 p.m.        Court in recess.**        Hearing concluded.  Total time: 1 hr. 3 min.