IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03142-RPM-CBS

LINDA ORRICK,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC a Kansas corporation,

    Defendant.

_____

ORDER AWARDING ATTORNEY'S FEES
_____

Pursuant to the hearing held today and after hearing arguments of counsel, it is

ORDERED that plaintiff is awarded attorney's fees in the amount of $4,000.00.

DATED: April 16, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge